# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
*Tampa Division*

IN RE:                                                                                   Chapter 11

CHRISTOPHER G. VELLANTI,                                    Case No.: 8:09-bk-17619-MGW

     Debtor.[1]                            /

## ORDER GRANTING DEBTOR'S MOTION TO ADMINISTRATIVELY CLOSE INDIVIDUAL CHAPTER 11 CASE

**THIS CASE** came on for consideration without a hearing on the Debtor's Motion to Administratively Close Individual Chapter 11 Case **(Doc. No. 301)** ("Motion") pursuant to the negative notice provisions of Local Rule 2002-4. The Court, considering the Motion and the absence of any record objection to the relief requested in the Motion by any party in interest, deems the Motion to be uncontested. The Court finds that the Debtor's Plan of Reorganization **(Doc. No. 47)** has been substantially consummated in accordance with 11 U.S.C. § 1101(2) and the estate has been fully administered, except for the completion of all plan payments.

Accordingly, it is

**ORDERED:**

1. The Motion is GRANTED.

2. This Individual Chapter 11 case is hereby ADMINISTRATIVELY CLOSED.

3. This Order shall not constitute an order closing this case for purposes of 28 U.S.C. § 1930 Appendix (11), 11 U.S.C. § 362(c)(2)(A), or Fed. R. Bankr. P. 4006.

4. As set forth in 11 U.S.C. § 1141(a), the provisions of the confirmed plan and confirmation order shall continue to bind the Debtor, the creditors, and other parties in interest.

---

[1] All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.

5. The Debtor, any creditor, or any other party in interest may file a motion to reopen this case for cause without the necessity of paying a filing fee.

**DONE and ORDERED** in Chambers at Tampa, Florida on January 08, 2015

_____
**Michael G. Williamson**
United States Bankruptcy Judge

Attorney for Debtor, Buddy D. Ford, Esquire, is directed to serve a copy of this order on interested parties and file a proof of service within three (3) days of entry of the order.